IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| EMC PROPERTY AND CASUALTY COMPANY, | § § § § § § § § § § § § § | SA-23-CV-01140-JKP |
| *Plaintiff,* | | |
| vs. | | |
| BPI BAUERLE PARTNERS, INC., MANUEL RODRIGUEZIV, MATTHEW LUCIDO, INDIVIDUALLY AND AS NEXT FRIEND OF M.L., A MINOR; | | |
| *Defendants.* | | |

**ORDER**

Before the Court in the above-styled cause of action is Defendant BPI Bauerle Partners, Inc.'s and Manuel Rodrigeuz, IV's Unopposed Motion to Withdraw and Substitute Counsel [#21]. By their motion, Defendants ask the Court to allow their attorneys of record, Douglas P. Skelley and Rebecca DiMasi, to withdraw and to substitute Blair Dancy and Ashley Morgan of Cain & Skarnulis PLLC as counsel of record. The Court will grant the motion. However, the Court notes that Blair Dancy is listed as "Christopher Blair Dancy" with the Court. And Ashley Morgan's contact information with the Court is outdated. Ms. Morgan is therefore directed to contact the Court and correct the email address and office contact information on file with the Clerk's Office.

**IT IS THEREFORE ORDERED** that Defendant BPI Bauerle Partners, Inc.'s and Manuel Rodrigeuz, IV's Unopposed Motion to Withdraw and Substitute Counsel [#21] is **GRANTED**.

2

**IT IS FURTHER ORDERED** that Doug Skelley and Rebecca DiMasi of the Shidlofsky Law Firm is **WITHDRAWN** from this case as counsel for Defendants BPI Bauerle Partners, Inc. and Manuel Rodriguez, IV.

**IT IS FURTHER ORDERED** that Christopher Blair Dancy and Ashley Morgan be **SUBSTITUTED** into this case as counsel of record for Defendants BPI Bauerle Partners, Inc. and Manuel Rodriguez, IV.

SIGNED this 22nd day of February, 2024.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE