**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **EMC PROPERTY & CASUALTY** | § | |
| **COMPANY** | § | |
| | § | |
| **PLAINTIFF** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:23-cv-1140-JKP** |
| | § | |
| **BPI BAUERLE PARTNERS, INC.,** | § | |
| **MANUEL RODRIGUEZ, IV,** | § | |
| **MATTHEW LUCIDO, Individually and** | § | |
| **as Next Friend of MADISON LUCIDO,** | § | |
| **a Minor** | § | |
| | § | |
| **DEFENDANTS** | § | |

**JOINT NOTICE OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS**

TO THE HONORABLE JUDGE OF SAID COURT:

1.      Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff EMC Property & Casualty Company ("EMC") and Defendant BPI Bauerle Partners, Inc. ("BPI"), file this voluntary Joint Notice of Dismissal of Claims and Counterclaims.

2.      The purpose of this Dismissal is to terminate the lawsuit in its entirety at this time with prejudice to Plaintiff's right to refile the claim and BPI's right to file the counterclaim.

3.      Plaintiff's Original Complaint and Request for Declaratory Judgment was filed on September 12, 2023 (Doc 1).

4.      BPI Bauerle Partners, Inc., Manuel Rodriguez, IV ("Rodriguez"), were the Defendants named in the Plaintiff's Original Complaint and Request for Declaratory Judgment and Matthew B. Lucido, Individually and as Next Friend of Madison Lucido, a minor ("Lucido") were named as parties interested in the outcome of the litigation.

5.      On February 29, 2024, Defendant BPI filed its Original Counterclaim against EMC (Doc 26).

6.      The Defendants were served but have been notified by the undersigned counsel that this Joint Notice of Dismissal of Claims and Counterclaims was going to be filed.  As of the date of this Joint Notice of Dismissal of Claims and Counterclaims, all Defendants have served an answer and entered an appearance.

7.      Plaintiff EMC and Defendant BPI file this Joint Notice of Dismissal of Claims and Counterclaims with the intention of dismissing the case under F.R.C.P. 41(a)(1)(A)(i) with prejudice to refiling same.

Respectfully submitted,

/s/ *Wm. David Farmer*

**Wm. David Farmer**
State Bar No. 06826470
wdfarmer@satx.law
FARMER, HOUSE, OSUNA & OLVERA
411 Heimer Road
San Antonio, Texas  78232-4854
Telephone No. (210) 377-1990
Facsimile No. (210) 377-1065

***Attorneys for Plaintiff EMC Property & Casualty Company***

/s/ *Blair Dancy*

**Blair Dancy**
State Bar No: 24001235
bdancy@cstrial.com
Ashley Morgan
State Bar No. 24091339
amorgan@cstrial.com

CAIN & SKARNULIS PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701
Telephone No. (512) 477-5000
Facsimile No (512) 477-5011

***Attorneys for Defendants BPI Bauerle Partners, Inc. and Manuel Rodriguez, IV***

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2024, I electronically filed the foregoing and a true and correct copy of this document was served in accordance with the Federal Rules of Civil Procedure on the following counsel of record using the CM/ECF system:

Blair Dancy
Ashley Morgan
Cain & Skarnulis PLLC
303 Colorado Street, Suite 2850
Austin, Texas 78701

***Attorneys for Defendants, BPI Bauerle Partners, Inc. and Manuel Rodriguez, IV***

Bart Behr
Thomas J. Henry Injury Attorneys
5711 University Heights Suite 101
San Antonio, Texas 78249

***Attorneys for Defendant, Matthew Lucido***

/s/ *Wm. David Farmer*
**Wm. David Farmer**