IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| EMC PROPERTY & CASUALTY COMPANY, | § § § |
| Plaintiff | § § § |
| v. | § § |
| BPI BAUERLE PARTNERS, INC., MANUEL RODRIGUEZ, IV, MATTHEW LUCIDO, Individually and as Next Friend Of MADISON LUCIDO, a Minor, | § CIVIL ACTION NO. 5:23-cv-1140-JKP § § § § § |
| Defendants | § |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff EMC Property & Casualty Company ("EMC") together with Defendants BPI Bauerle Partners, Inc. ("BPI Bauerle"), Manuel Rodriguez, IV ("Rodriguez"), and Matthew Lucido, Individually and as Next Friend of Madison Lucido, a Minor ("Lucidos") file this Joint Stipulation of Dismissal of All Claims and Counterclaims.

1. This dismissal is to terminate the lawsuit in its entirety at this time with prejudice to Plaintiff's right to refile the claim and BPI Bauerle's right to file the counterclaim.

2. Plaintiff's Original Complaint and Request for Declaratory Judgment was filed on September 12, 2023 (Dkt 1).

3. Defendants BPI Bauerle and Rodriguez were the Defendants named in Plaintiff's Original Complaint and Request for Declaratory Judgment and Lucidos were named as parties interested in the outcome of the litigation.

4. On February 29, 2024, BPI Bauerle filed its Original Counterclaim against EMC (Dkt. 26).

5. As of the date of this Joint Notice of Dismissal, all Defendants were served and timely filed their answers and entered an appearance.

6. Plaintiff EMC Property & Casualty Company together with Defendants BPI Bauerle Partners, Inc., Manuel Rodriguez, IV, and Matthew Lucido, Individually and as Next Friend of Madison Lucido, a Minor, jointly file this Joint Notice of Dismissal with the intention of dismissing the entire case under Federal Rule of Civil Procedure 41(a)(1)(A)(i) with prejudice to refiling same.

Respectfully submitted,

_/s/. Wm. David Farmer_
Wm. David Farmer
State Bar No. 06826470
wdfarmer@satx.law
**FARMER, HOUSE, OSUNA & OLVERA**
411 Heimer Road
San Antonio, Texas 78232-4854
210-377-1990
2190377-1065—Facsimile
**ATTORNEYS FOR PLAINTIFF**

_/s/Blair Dancy_
Blair Dancy
State Bar No: 24001235
bdancy@cstrial.com
Ashley Morgan
State Bar No. 24091339
amorgan@cstrial.com
**CAIN & SKARNULIS PLLC**
303 Colorado Street, Suite 2850
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEYS FOR DEFENDANTS
BPI BAUERLE PARTNERS, INC. AND
MANUEL RODRIGUEZ, IV**

      */s/Bart Behr*
Bart Behr
State Bar No. 00789843
bbehr-svc@tjhlaw.com
**THOMAS J. HENRY INJURY ATTORNEY**
5711 University Heights, Suite 101
San Antonio, Texas 78249
210-656-1000
888-956-8001—Facsimile
**ATTORNEYS FOR DEFENDANT MATTHEW LUCIDO, INDIVIDUALLY AND AS NEXT FRIEND OF MADISON LUCIDO, A MINOR**